FILED
CLERK, U.S. DISTRICT COURT

7/15/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: ___D. Brown___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>Gerardo Alfonso Vargas,<br><br>  Defendant. | Case No.: 2:17-cr-00015-GW-1<br><br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

   Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (×)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

   (×)   information in the Pretrial Services Report and Recommendation

   (×)   information in the violation petition and report(s)

   (×)   the defendant's nonobjection to detention at this time

   ( )   other: __Allegations that Defendant absconded from supervision in September 2017 and was aware of the warrant since 2018; no bail resources.__

1

1 | and/ or
2 | B. ( )  The defendant has not met his/her burden of establishing by clear and
3 | convincing evidence that he/she is not likely to pose a danger to the safety
4 | of any other person or the community if released under 18 U.S.C.
5 | § 3142(b) or (c).  This finding is based on the following:
6 | ( )  information in the Pretrial Services Report and Recommendation
7 | ( )  information in the violation petition and report(s)
8 | ( )  the defendant's nonobjection to detention at this time
9 | ( )  other: _____

11 | IT THEREFORE IS ORDERED that the defendant be detained pending the further
12 | revocation proceedings.

14 | Dated: July 15, 2022

_____
KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE